UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEUFELD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MACK WIMBISH, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:06-cv-00210-OWW-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 11)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM**<br><br>**ORDER THAT THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G)** |

　　　Plaintiff William Neufeld ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On March 20, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days.  To date,

plaintiff has not filed any objection.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 20, 2007, is ADOPTED in full;

2. This action is DISMISSED, without prejudice, for plaintiff's failure to obey the court's order of October 4, 2006, for failure to state a claim upon which relief may be granted; and, for failure to prosecute; and

3. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   June 14, 2007**                    **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's current address with the Court is the Santa Barbara County Jail.  The United States Postal Service returned the F&R served on plaintiff on March 27, 2007, as undeliverable.  A notation on the envelope indicated: Return to Sender - Out of Custody.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See Local Rule 83-182(f).

2